**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

MICHAEL BURNS *et al.*                                                                                   PLAINTIFFS

V.                              NO: 4:08CV01836 JLH/HDY

KARL BYRD *et al.*                                                                                   DEFENDANTS

**ORDER**

Plaintiffs filed a *pro se* complaint pursuant to 42 U.S.C. § 1983, on August 27, 2008 (docket entry #2). On October 29, 2008, the undersigned entered findings and recommendations recommending that the claims of all Plaintiffs except Michael Burns be dismissed without prejudice (docket entry #11). That recommendation is pending at this time.

Construing Plaintiff Burns's complaint liberally, the Court concludes that, for screening purposes, Burns states a cognizable claim for relief against Defendants.

IT IS THEREFORE ORDERED THAT service is appropriate on Defendants, and the United States Marshal is directed to serve a copy of the complaint (docket entry #2), this order, and summons on Defendants, without prepayment of fees and costs or security therefor.[1]

IT IS SO ORDERED this __29__ day of October, 2008.

                                                              *[signature]*
                                                       UNITED STATES MAGISTRATE JUDGE

---

[1] Burns has been granted leave to proceed *in forma pauperis* (docket entry #4).